Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 E. Imperial Highway, Suite C-115
Santa Fe Springs, California 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: denise_rohlfing.office@speakeasy.net

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARANDA THOMAS,<br><br>  Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br>  Defendant. | Case No.: 1:08-CV-01739 SMS<br><br>ORDER EXTENDING BRIEFING SCHEDULE |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED. Plaintiff shall have an extension of time, to and including July 15, 2009, in which to file Plaintiff's Opening Brief. Defendant's Responsive Brief shall now be due on or by August 14, 2009 and Plaintiff's reply shall be filed 15 days after the service of defendant's responsive brief.

IT IS SO ORDERED

DATE:  7/27/2009            /s/ Sandra M. Snyder
                            SANDRA M. SNYDER
                            United States Magistrate Judge

-1-

PDF created with pdfFactory trial version www.pdffactory.com