DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712

TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARANDA THOMAS,<br><br>            Plaintiff,<br>    vs.<br>MICHAEL J. ASTRUE, COMMISSIONER SOCIAL SECURITY,<br><br>            Defendant | Case No.:  1:08-CV-01739 SMS<br><br>STIPULATION TO DISMISSAL WITH PREJUDICE;<br><br>ORDER |

The parties, through their undersigned counsel of record, HEREBY STIPULATE, subject to the approval of the Court, to a dismissal of the above-captioned matter, pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil

///

///

///

///

///

///

-1-

PDF created with pdfFactory trial version www.pdffactory.com

1  Procedure, which dismissal shall be with prejudice.
2      Each party shall bear his/her own costs and expenses, including but not
3  limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

4
5  DATED: July 28, 2009      LAW OFFICES OF LAWRENCE D. ROHLFING

6
7                                         */s/- Denise Bourgeois Haley*
                                       Denise Bourgeois Haley
8                                         Attorneys for plaintiff

9  DATED: July 22, 2009      LAWRENCE G. BROWN
10                                        Acting United States Attorney

11
12                                        */s/ Theophous H. Regans*
13                                        Theophous H. Reagans
                                       Special Assistant United States Attorney
14                                        Attorneys for Defendant
                                       [*By email authorization on 07/22/2009]*

15
16
17
18
19
20
21
22
23
24
25
26

PDF created with pdfFactory trial version www.pdffactory.com

DENISE BOURGEOIS HALEY
ATTORNEY AT LAW 143709
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712

TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: rohlfing_office@msn.com

Attorney for plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARANDA THOMAS,<br><br>        Plaintiff,<br>    vs.<br>MICHAEL J. ASTRUE,<br>COMMISSIONER SOCIAL SECURITY,<br><br>        Defendant | Case No.:  1:08-CV-01739 SMS<br><br>ORDER DISMISSING CASE WITH PREJUDICE |

Based upon the parties' Stipulation to Dismissal With Prejudice ("Stipulation"),

**IT IS ORDERED** that the above-captioned matter is dismissed pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, which dismissal is with prejudice. Each party shall bear his/her own costs and expenses, including but not limited to attorney fees under the Equal Access to Justice Act, 28 U.S.C. 2412(d).

DATED:    July 30, 2009

         /s/ Sandra M. Snyder
    SANDRA M. SNYDER
    UNITED STATES MAGISTRATE JUDGE

-3-

PDF created with pdfFactory trial version www.pdffactory.com